UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff(s),                   CASE NO. 10-20677

v.

                                    HONORABLE AVERN COHN

MELVIN HOSKINS,

       Defendant(s).
                                       /

**ORDER DENYING MOTION FOR PRETRIAL DETERMINATION
OF SENTENCING ENHANCEMENT PURSUANT TO 18 U.S.C. 851**

On March 08, 2012 the Court held a hearing on defendant's motion. For the reasons stated on the record the motion is DENIED.

SO ORDERED.

Dated: March 8, 2012                s/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 8, 2012, by electronic and/or ordinary mail.

                                              s/Julie Owens
                                              Case Manager
                                              (313) 234-5160